**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| WIAV Solutions LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>MOTOROLA, INC., NOKIA CORPORATION, NOKIA INC., PALM INC.; PERSONAL COMMUNICATIONS DEVICES LLC, PERSONAL COMMUNICATIONS DEVICES HOLDINGS, LLC, SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., UTSTARCOM, INC.,<br><br>      Defendants; and<br><br>MINDSPEED TECHNOLOGIES, INC.,<br><br>      Defendant Patent Owner. | CASE NO.  3:09-cv-447-REP |

**DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

Defendants Motorola, Inc. ("Motorola"); Nokia, Inc. ("Nokia"); Palm Inc. ("Palm"), Sharp Electronics Corporation ("Sharp"); Sony Ericsson Mobile Communications (USA) Inc. ("Sony Ericsson"); and UTStarcom, Inc. ("UTStarcom") hereby respectfully move the court for an order transferring venue to the U.S. District Court for the Southern District of California pursuant to 28 U.S.C. § 1404(a).[1]  As discussed further in Defendants' brief in support of this motion, this case has no meaningful link to the Eastern District of Virginia, and the convenience

---

[1] Counsel for the moving defendants have conferred with the remaining Defendants and have confirmed that no Defendant opposes this motion. Defendants Motorola (Ex. 1), Nokia, Inc. (Ex. 2), Sony Ericsson (Ex. 3), Palm (Ex. 4), and UTStarcom (Ex. 5) have submitted declarations in support of this Motion.

of the parties and witnesses and the interests of justice favor transfer to the Southern District of California. Therefore, Defendants respectfully request that the Court grant this motion.

Defendants further respectfully request oral argument on this motion to be set pursuant to Local Rule 7(E) on Tuesday, October 22, 2009 or at the convenience of the Court.

Dated: September 15, 2009

**FOR DEFENDANT MOTOROLA, INC.**

By: /s/ Andrew R. Sommer

| | |
|---|---|
| Gregory Commins (*pro hac vice*) | Andrew R. Sommer (VSB # 70304) |
| HOWREY LLP | HOWREY LLP |
| 1299 Pennsylvania Avenue, N.W. | 1299 Pennsylvania Avenue, N.W. |
| Washington, DC  20004 | Washington, DC  20004 |
| Tel: 202-383-6963 | Tel: 202-383-6950 |
| Fax: 202-383-9858 | Fax: 202-383-9858 |
| ComminsG@howrey.com | SommerA@howrey.com |

*Counsel for Motorola, Inc.*

Of Counsel:

Ross R. Barton (VSB 67937)
ALSTON & BIRD LLP
Bank of America Plaza
Suite 4000
101 S. Tryon Street
Charlotte, NC 28280-4000
Telephone: (704)-444-1000
Facsimile: (704)-444-1111
ross.barton@alston.com

Michael J. Newton (pro hac vice pending)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue
Dallas, TX 75201
Telephone: (214)-922-3400
Facsimile: (214)-922-3899
mike.newton@alston.com

**FOR DEFENDANT NOKIA INC.**

By:  /s/  Craig C. Reilly

Craig C. Reilly, Esq. (VSB 20942)
111 Oronco Street
Alexandria, VA 22314
Telephone: (703)-549-5354
Facsimile: (703)-549-2604
craig.reilly@ccreillylaw.com

Of Counsel:

Frank G. Smith (pro hac vice pending)
John D. Haynes (pro hac vice pending)
Keith E. Broyles (pro hac vice pending)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404)-881-7777
frank.smith@alston.com
john.haynes@alston.com
keith.broyles@alston.com

*Counsel for Defendant Nokia Inc.*

**FOR DEFENDANT PALM, INC.**

By:   /s/ David E. Finkelson

David E. Finkelson
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Tel: 804-775-1000
Fax: 804-775-1061
dfinkelson@mcguirewoods.com

*Counsel for Defendant Palm, Inc.*

|  |  |
|---|---|
|  | **FOR DEFENDANT SHARP ELECTRONICS CORPORATION**<br><br>By:     s/ Jessica L. Ellsworth<br><br>Jessica L. Ellsworth, VSB No. 46832<br>HOGAN & HARTSON LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 637-5886<br>Facsimile: (202) 637-5910<br>Email:  JLEllsworth@hhlaw.com<br><br>Christopher P. Broderick, Esq.<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 785-4600<br>Fax: (310) 785-4601<br><br>*Counsel for Sharp Electronics Corporation*<br><br>**FOR DEFENDANT SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.** |
| Of Counsel:<br><br>Kevin P.B. Johnson<br>QUINN EMANUEL URQUHART<br>      OLIVER & HEDGES LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065<br>Tel: 650-801-5000<br>Fax: 650-801-5100<br>kevinjohnson@quinnemanuel.com<br><br>Eric Huang<br>QUINN EMANUEL URQUHART<br>      OLIVER & HEDGES LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: 212-849-7000<br>Fax: 212-849-7100<br>erichuang@quinnemanuel.com | By:     /s/ Brian C. Riopelle<br><br>Brian C. Riopelle (VSB #36454)<br>McGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>Tel: 804-775-1000<br>Fax: 804-775-1061<br>briopelle@mcguirewoods.com<br><br>*Counsel for Defendant Sony Ericsson Mobile Communications (USA) Inc.* |

**FOR DEFENDANT UTSTARCOM, INC.**

By: ___/s/ Dana D. McDaniel_____

Dana D. McDaniel (VSB No. 25419)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2065
Fax: (804) 697-2165
E-mail: dmcdaniel@spottsfain.com

*Counsel For Defendant UTStarcom, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2009, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filed (NEF):

| | |
|---|---|
| **Kyongtaek Kevin Mun**<br>Echelon Law Group PC<br>1919 Gallows Road<br>Suite 330<br>Vienna, VA 22182<br>703-496-5559<br>Fax: 703-579-0105<br>Email: kevin.mun@echelaw.com | **David Brendan Lacy**<br>**Henry Irving Willett, III**<br>**Nichole Buck Vanderslice**<br>**Rowland Braxton Hill, IV**<br>Christian & Barton LLP<br>909 E Main St<br>Suite 1200<br>Richmond, VA 23219<br>(804) 697-4121<br>Email: dlacy@cblaw.com<br>Email: hwillett@cblaw.com<br>Email: nvanderslice@cblaw.com<br>Email: bhill@cblaw.com |
| **David Evan Finkelson**<br>**Robert Michael Tyler**<br>McGuireWoods LLP<br>901 E Cary St<br>Richmond, VA 23219-4030<br>(804) 775-1157<br>Email: dfinkelson@mcguirewoods.com<br>Email: rtyler@mcguirewoods.com | **Ross Ritter Barton**<br>Alston & Bird LLP (NC)<br>101 South Tryon Street<br>Suite 4000<br>Charlotte, NC 28280-4000<br>704-444-1287<br>Fax: 704-444-1677<br>Email: ross.barton@alston.com |
| **Jessica Lynn Ellsworth**<br>Hogan & Hartson, LLP (DC)<br>555 13th St NW<br>Washington, DC 20004-1109<br>(202) 637-5600<br>Fax: (202) 637-5910<br>Email: JLEllsworth@hhlaw.com | **Dana Duane McDaniel**<br>Spotts Fain PC<br>411 E Franklin St, Suite 600<br>PO Box 1555<br>Richmond, VA 23218-1555<br>(804) 697-2065<br>Fax: (804) 697-2165<br>Email: dmcdaniel@spottsfain.com |
| **Lawrence Alexis Dunn**<br>Morris & Morris<br>700 East Main St Suite 1100<br>PO Box 30 | |

| | |
|---|---|
| Richmond, VA 23218-0030<br>(804) 344-8300<br>Email: ldunn@morrismorris.com | |

I further certify that the foregoing document is being mailed by U.S. mail to the following non-filing users:

| | |
|---|---|
| **Adrian Mary Pruetz**<br>Pruetz Law Group LLP<br>200 N Sepulveda Blvd<br>Suite 1525<br>El Segundo, CA 90245<br>(310) 765-7650<br>Fax: (310) 765-7641<br>Email: ampruetz@pruetzlaw.com | **Brian Sherwood Seal**<br>Highbury Chapman LLC<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20006<br>(202) 508-1078<br>Fax: (202) 508-1478<br>Email: bsseal@hc-iplaw.com |
| **Tae Kim**<br>Echelon Law Group PC<br>150 Spear St<br>Suite 825<br>San Francisco, CA 94105<br>415-830-9462<br>Fax: 415-762-4191<br>Email: tae.kim@echelaw.com | **Joseph E. Thomas**<br>Thomas Whitelaw & Tyler LLP<br>18101 Von Karman Avenue<br>Suite 230<br>Irvine, CA 92612<br>(949) 812-4710<br>Fax: (949) 679-6405<br>jthomas@twtlaw.com |

                            */s/ Andrew R. Sommer*
                            Andrew R. Sommer (VSB# 70304)
                            HOWREY LLP
                            1299 Pennsylvania Ave., NW
                            Washington, D.C. 20004
                            Tel: 202-383-6950
                            Fax: 202-383-9858
                            SommerA@howrey.com