

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WIAV SOLUTIONS LLC

    Plaintiff,

v.                                    Civil No. 3:09cv447

MOTOROLA, INC. et al.,

    Defendants.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the Defendant's MOTION TO TRANSFER VENUE (Docket No. 61) is denied.

It is so ORDERED.

                                  /s/        REP
                        Senior United States District Judge

Richmond, Virginia
Date: October 20, 2009