IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WIAV SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., *et al.*,<br><br>    Defendants. | Civil Action No.: 3:09cv447-REP |

## MOTION BY ADRIAN M. PRUETZ TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF WIAV SOLUTIONS, LLC

Adrian M. Pruetz, counsel for Plaintiff WiAV Solutions, LLC ("WiAV"), hereby moves the Court for entry of an Order withdrawing the appearance of Adrian M. Pruetz and Pruetz Law Group LLP, located at 200 N. Sepulveda Blvd, Suite 1525, El Segundo, CA, 90245, as Plaintiff's counsel of record in this action. WiAV consents to Ms. Pruetz's withdrawal, and WiAV has confirmed that it will not be materially prejudiced by such withdrawal, as it has other counsel of record in this matter. The following counsel shall continue to serve as counsel of record for WiAV: K. Kevin Mun; Tae H. Kim, *pro hac vice*; Andrew Choung, *pro hac vice*; Robert G. Litts, *pro hac vice*; Daniel S. Carlineo, *pro hac vice;* Nichole Buck Vanderslice; R. Braxton Hill, IV; Henry I. Willett, III and David B. Lacy.

A proposed Order is submitted herewith.

Dated:  November 3, 2009

Respectfully submitted,

WiAV SOLUTIONS, LLC

By:    /s/ Henry I. Willett, III
Henry I. Willett, III (VSB 44655)
hwillet@cblaw.com
Nichole Buck Vanderslice (VSB 42637)
nvanderslice@cblaw.com
R. Braxton Hill, IV (VSB 41539)
bhill@cblaw.com
David B. Lacy (VSB 71177)
dlacy@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel: (804) 697-4100
Fax: (804) 697-4112

Adrian M. Pruetz (*Pro Hac Vice*)
ampruetz@pruetzlaw.com
Pruetz Law Group LLP
200 N. Sepulveda Blvd., Ste. 1525
El Segundo, CA 90245
Tel.: (310) 765-7650
Fax: (310-765-7641

K. Kevin Mun (VSB 73247)
ECHELON LAW GROUP, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
Tel: (703) 496-5000
Fax: (703) 579-0105
Email: kevin.mun@echelaw.com

Tae H. Kim, *pro hac vice*
Andrew Choung, *pro hac vice*
Robert G. Litts, *pro hac vice*
ECHELON LAW GROUP, PC
150 Spear Street, Suite 825
San Francisco, CA 94105
Tel: (415) 830-9462
Fax: (415) 762-4191
Email: tae.kim@echelaw.com
Email: andrew.choung@echelaw.com
Email: robert.litts@echelaw.com

Daniel S. Carlineo, *pro hac vice*
CARLINEO, SPICER & KEE, LLC
2003 S. Easton Rd, Suite 208
Doylestown, PA 18901
Tel: (267) 880-1720
Fax: (267) 880-1721
Email: dcarlineo@techpats.com

*Attorneys for Plaintiff WiAV Solutions, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 3rd day of November, 2009, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including:

| | |
|---|---|
| Andrew R. Sommer<br>Gregory J. Commins, Jr., *pro hac vice*<br>Howrey LLP<br>1299 Pennsylvania Ave NW<br>Washington, DC 20002<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610<br>Email: sommera@Howrey.com<br>Email: comminsg@howrey.com<br><br>*Attorneys for Motorola, Inc.* | David Evan Finkelson<br>Robert Michael Tyler<br>McGuireWoods LLP<br>901 E Cary Street<br>Richmond, VA 23219-4030<br>Tel: (804) 775-1000<br>Fax: (804) 775-1061<br>Email: dfinkelson@mcguirewoods.com<br>Email: rtyler@mcguirewoods.com<br><br>*Attorneys for Palm, Inc.* |
| Marshall Slayton<br>Martin & Raynor<br>415 4th St, NE<br>Charlottesville, VA 22902<br>Tel: (804) 296-4151<br>Email: marshall.slayton@bbrs.net<br><br>*Attorney for Personal Communications Devices LLC and Personal Communications Devices Holdings, LLC* | Dana Duane McDaniel<br>Maurice F. Mullins, *pro hac vice*<br>Spotts Fain PC<br>411 E Franklin St, Suite 600<br>PO Box 1555<br>Richmond, VA 23218-1555<br>Tel: (804) 697-2065<br>Fax: (804) 697-2165<br>Email: dmcdaniel@spottsfain.com<br>Email: cmullins@spottsfain.com<br><br>*Attorneys for UTSTARCOM, Inc.* |

| | |
|---|---|
| Craig Crandall Reilly<br>Law Office of Craig C. Reilly<br>111 Oronoco Street<br>Alexandria, VA 22314<br>Tel: (703) 549-5354<br>Fax: (703) 549-2604<br>Email: craig.reilly@ccreillylaw.com<br><br>Ross R. Barton<br>Alston & Bird LLP<br>Bank of America Plaza, Suite 4000<br>101 S. Tryon Street<br>Charlotte, NC 28280-4000<br>Tel: (704) 444-1000<br>Fax: (704) 444-1111<br>Email: ross.barton@alston.com<br><br>Jason W. Cook, *pro hac vice*<br>Michael J. Newton, *pro hac vice*<br>Alston & Bird LLP<br>Chase Tower<br>2200 Ross Avenue<br>Dallas, TX 75201<br>Tel:  (214) 922-3407<br>Fax: (214) 922-3899<br>Email: jason.cook@alston.com<br>Email: mike.newton@alston.com<br><br><br>Keith E. Broyles, *pro hac vice*<br>David S. Frist, *pro hac vice*<br>John D. Haynes, *pro hac vice*<br>Stephen McNiff, *pro hac vice*<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA  30309-3424<br>Tel: (404) 881-7000<br>Fax: (404) 881-7777<br>Email: keith.broyles@alston.com<br>Email: david.frist@alston.com<br>Email: john.haynes@alston.com<br>Email: steve.mcniff@alston.com<br><br>*Attorneys for Nokia Inc. and Nokia Corp.* | Brian C. Riopelle<br>McGuireWoods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219-4030<br>Tel: (804) 775-1000<br>Fax: (804) 775-1061<br>Email: briopelle@mcguirewoods.com<br><br>Eric Huang, *pro hac vice*<br>Alexander Rudis, *pro hac vice*<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>51 Madison Avenue 22nd Floor<br>New York , NY 10010<br>Tel: (212) 849-7246<br>Fax: (212) 849-7100<br>Email: erichuang@quinnemanuel.com<br>Email: alexanderrudis@quinnemanuel.com<br><br>Kevin Paul Bernard Johnson, *pro hac vice*<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>555 Twin Dolphin Drive<br>Suite 560<br>Redwood Shores , CA 94065<br>Tel: (650) 801-5015<br>Fax: (650) 801-5100<br>Email: kevinjohnson@quinnemanuel.com<br><br><br>*Attorneys  for Sony Ericsson Mobile Communications AB and Sony Ericsson Mobile Communications (USA) Inc.* |

4

| | |
|---|---|
| Lawrence Alexis Dunn<br>Morris & Morris<br>700 East Main St Suite 1100<br>PO Box 30<br>Richmond, VA 23218-0030<br>Tel: (804) 344-8300<br>Fax: (804) 344-8359<br>Email: ldunn@morrismorris.com<br><br>Brian G. Arnold, *pro hac vice*<br>Kerri Ann Rich, *pro hac vice*<br>Joseph E. Thomas, *pro hac vice*<br>Thomas Whitelaw & Tyler<br>18101 Von Karman Ave Suite 230<br>Irvine, CA 92612<br>Tel: (949) 812-4744<br>Fax: (949) 679-6405<br>Email: barnold@twtlaw.com<br>Email: krich@twtlaw.com<br>Email: jthomas@twtlaw.com<br><br>*Attorneys for Mindspeed Technologies, Inc.* | Jessica Lynn Ellsworth<br>Hogan & Hartson, LLP<br>555 13th Street, NW<br>Washington, DC 20004-1109<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>Email: jlellsworth@hhlaw.com<br><br>Christopher P. Broderick, *pro hac vice*<br>Richard de Bodo, *pro hac vice*<br>Hogan & Hartson, LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 785-4789<br>Fax: (310) 785-4601<br>Email: cpbroderick@hhlaw.com<br>Email: rdebodo@hhlaw.com<br><br>*Attorneys for Sharp Electronics Corp.* |

By:   /s/ Henry I. Willett, III
Henry I. Willett, III (VSB 44655)
hwillet@cblaw.com
Nichole Buck Vanderslice (VSB 42637)
nvanderslice@cblaw.com
R. Braxton Hill, IV (VSB 41539)
bhill@cblaw.com
David B. Lacy (VSB 71177)
dlacy@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel:  (804) 697-4100
Fax:  (804) 697-4112
*Attorneys for Plaintiff WiAV Solutions LLC*