

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WiAV SOLUTIONS LLC

    Plaintiff,

v.                                Civil No. 3:09cv447

MOTOROLA, INC. et al.,

    Defendants.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the Defendant's MOTION TO DISMISS (Docket No. 146) is granted.

It is so ORDERED.

                                      /s/        REP
                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: December 17, 2009