IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WiAV SOLUTIONS LLC

    Plaintiff,

v.                          Civil No. 3:09cv447

MOTOROLA, INC. et al.,

    Defendants.

## ORDER

Having considered the CONSENT MOTION FOR ORDER ALLOWING DEFENDANTS TO FILE CONSOLIDATED MOTIONS FOR SUMMARY JUDGEMENT (Docket NO. 307), it is hereby ORDERED that the motion is granted. The Defendants shall jointly file three motions for summary judgment addressing separate grounds as specified in their motion.

It is so ORDERED.

                                          /s/      REF
                              Senior United States District Judge

Richmond, Virginia
Date: June 9, 2010