IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| WIAV SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOTOROLA, INC., et al.<br><br>　　　　Defendants; and<br><br>MINDSPEED TECHNOLOGIES, INC.,<br><br>　　　　Defendant Patent Owner. | CASE NO.  3:09-cv-447-REP |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL
INFRINGEMENT AND NO PRE-SUIT DAMAGES FOR U.S. PATENT NO. 6,539,205**

　　　　Defendants, Motorola, Inc., Sony Ericsson Mobile Communications AB, Sony Ericsson Mobile Communications (USA) Inc., Nokia Corporation, and Nokia Inc., by counsel, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56(C), hereby move for summary judgment of no willful infringement and limiting potential infringement damages to after the filing of the Complaint on July 14, 2009, for U.S. Pat. No. 6,539,205.

　　　　A proposed order granting the relief requested in this motion is attached for the Court's consideration.

Dated: June 10, 2010

                                    /s/
Dana D. McDaniel (VSB No. 25419)
E-mail: dmcdaniel@spottsfain.com
*Attorney for Motorola, Inc.*
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2065
Fax: (804) 697-2165

| | |
|---|---|
| Jonathan Retsky (*pro hac vice*)<br>HOWREY LLP<br>321 North Clark Street<br>Suite 3400<br>Chicago, IL 60654<br>Tel: 312-595-1239<br>Fax: 312-595-2250<br>RetskyJ@howrey.com | Andrew R. Sommer (VSB # 70304)<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: 202-383-6950<br>Fax: 202-383-9858<br>SommerA@howrey.com |
| Gregory Commins (*pro hac vice)*<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: 202-383-6963<br>Fax: 202-383-9858<br>ComminsG@howrey.com | Christopher L. Kelley, (*pro hac vice*)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Tel : 650.798.3500<br>Fax : 650.798.3600<br>kelleyc@howrey.com |

*Counsel for Defendant Motorola, Inc.*

/s/
Brian C. Riopelle (VSB # 36454)
David E. Finkelson
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Tel: 804-775-1000
Fax: 804-775-1061
briopelle@mcguirewoods.com
**Counsel for Defendants**
**NOKIA CORPORATION AND NOKIA INC.**


Frank G. Smith (*pro hac vice*)
John D. Haynes (*pro hac vice*)
Stephen G. McNiff (*pro hac vice*)
Ryan W. Koppelman (*pro hac vice*)
David S. Frist (*pro hac vice*)
Siraj M. Abhyankar (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404.881.7000
Fax: 404.881.7777
frank.smith@alston.com
john.haynes@alston.com
steve.mcniff@alston.com
ryan.koppelman@alston.com
david.frist@alston.com
shri.abhyankar@alston.com

**Counsel for Defendants**
**NOKIA CORPORATION AND NOKIA INC.**

Respectfully submitted,

By: \_\_\_/s/_____
Brian C. Riopelle (VSB #36454)
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Tel: 804-775-1000
Fax: 804-775-1061
briopelle@mcguirewoods.com
Counsel for Defendants Sony Ericsson Mobile Communications AB
and Sony Ericsson Mobile Communications (USA) Inc.

Of Counsel:

Kevin P.B. Johnson (admitted pro hac vice)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100
kevinjohnson@quinnemanuel.com

Eric Huang (admitted pro hac vice)
Alexander Rudis (admitted pro hac vice)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100
erichuang@quinnemanuel.com
alexanderrudis@quinnemanuel.com

Daniel P. Homiller (admitted pro hac vice)
COATS & BENNETT PLLC
1400 Crescent Green, Suite 300
Cary, NC 27518
Tel: 919-854-1844
Fax: 919-854-2084
dhomiller@coatsandbennett.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of June, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

                                                  /s/
                                Dana D. McDaniel (VSB No. 25419)
                                E-mail:  dmcdaniel@spottsfain.com
                                *Attorney for Motorola, Inc*.
                                Spotts Fain PC
                                411 East Franklin Street, Suite 600
                                Richmond, Virginia 23219
                                Phone: (804) 697-2065
                                Fax: (804) 697-2165