IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WIAV SOLUTIONS LLC, | |
| Plaintiff, | |
| v. | Civil Action No.: 3:09cv447-REP |
| MOTOROLA, INC., *et al.*, | |
| Defendants. | |

**NOTICE OF FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NO PRE-SUIT DAMAGES FOR ALLEGED INFRINGEMENT OF THE '205 PATENT AND EXHIBIT ONE UNDER SEAL**

Plaintiff WiAV Solutions, LLC ("WiAV"), by counsel, pursuant to the Court's November 20, 2009 Protective Order, has filed its Opposition to Defendants' Motion for Summary Judgment of No Pre-Suit Damages for Alleged Infringement of the '205 Patent and Exhibit One under seal.  Exhibits 2 – 16 of Plaintiff's Opposition to Defendants' Motion for Summary Judgment of No Pre-Suit Damages for Alleged Infringement of the '205 Patent are attached hereto.

<table>
<tr><td>

Dated: June 25, 2010

</td><td>

Respectfully submitted,

WIAV SOLUTIONS LLC

By Counsel

/s/ Henry I. Willett, III
</td></tr>
<tr><td>

K. Kevin Mun (VSB 73247)
John E. Dubiansky, *pro hac vice*
ECHELON LAW GROUP, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
Tel: (703) 496-5000
Fax: (703) 579-0105
Email: kevin.mun@echelaw.com
Email: john.dubiansky@echelaw.com

</td><td>

Henry I. Willett, III (VSB 44655)
hwillet@cblaw.com
Nichole Buck Vanderslice (VSB 42637)
nvanderslice@cblaw.com
R. Braxton Hill, IV (VSB 41539)
bhill@cblaw.com
David B. Lacy (VSB 71177)
dlacy@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel: (804) 697-4100
Fax: (804) 697-4112
</td></tr>
<tr><td>

Tae H. Kim, *pro hac vice*
Andrew Choung, *pro hac vice*
ECHELON LAW GROUP, PC
150 Spear Street, Ste 825
San Francisco, CA  94105
Tel: (415) 830-9462
Fax: (415) 762-4191
Email: tae.kim@echelaw.com
Email: andrew.choung@echelaw.com
Email: robert.litts@echelaw.com

</td><td>

Daniel S. Carlineo, *pro hac vice*
CARLINEO, SPICER & KEE, LLC
2003 S. Easton Rd, Suite 208
Doylestown, PA  18901
Tel: (267) 880-1720
Fax: (267) 880-1721
Email: dcarlineo@techpats.com

Christopher Schultz, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
55 Cambridge Parkway
Cambridge, MA  02142-1215
Tel: (617) 452-1600
Fax: (617) 452-1666
Email: christopher.schultz@finnegan.com
</td></tr>
<tr><td>

Robert Yoches, *pro hac vice*
Kenie Ho, *pro hac vice*
Vincent Peter Kovalick, *pro hac vice*
David Mroz, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400
Email: bob.yoches@finnegan.com
Email: kenie.ho@finnegan.com
Email: vince.kovalick@finnegan.com
Email: david.mroz@finnegan.com

</td><td>

Lily Lim, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Tel: (650) 849-6600
Fax: (650) 849-6666
Email: lily.lim@finnegan.com
</td></tr>
</table>

*Attorneys for Plaintiff and Counterclaim Defendant WiAV Solutions LLC*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 25th day of June, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

 /s/ Henry I. Willett, III
Henry I. Willett, III (VSB 44655)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel:  (804) 697-4100
Fax:  (804) 697-4112
Email: hwillet@cblaw.com

*Attorney for Plaintiff WiAV Solutions LLC*

1058708