**République et canton de Genève**
**POUVOIR JUDICIAIRE**
Tribunal de première instance

Genève, le 22 juin 2010

Tribunal de première instance
Place du Bourg-de-Four 1
Case postale 3736
1211 GENEVE 3

JUDGE ROBERT E. PAYNE (804916)
The United States District Court
for the Eastern District of Virg
nia (Richemond)
701 East Broad Street
Richmond, VA 23219 USA

Réf : **CR/33/2010**
à rappeler lors de toute communication

Votre référence : AFFAIRE N° 09-CV-00447-REP

Concerne : Commission rogatoire CR/33/2010 OCR
WIAV SOLUTIONS LLC c/ MOTOROLA INC

Madame, Monsieur,

Nous accusons réception de votre commission rogatoire parvenue le 1$^{er}$ juin 2010 au Tribunal de première instance.

Nous vous remettons, ci-jointe, copie du courrier adressé ce jour à ST-Ericsson SA.

Dans l'intervalle, nous vous prions d'agréer, Madame, Monsieur, nos salutations distinguées.

La Greffière

Rachel BERTHET

Annexe mentionnée

**République et canton de Genève**
**POUVOIR JUDICIAIRE**
Tribunal de première instance

Genève, le 2 2 JUIN 2010

COPIE

Tribunal de première instance
Place du Bourg-de-Four 1
Case postale 3736
1211 GENEVE 3

RECOMMANDE         CR/33/2010
ST-Ericsson SA
(anciennement ST Microelectronics PTE Ltd)
39 ch. du Champs-des-filles
1228 Plan-les-Ouates

Réf : **CR/33/2010 OCR**
à rappeler lors de toute communication

Concerne : Commission rogatoire CR/33/2010
WIAV SOLUTIONS LLC
c/ MOTOROLA INC., NOKIA CORPORATION, NOKIA INC., PALM INC, PERSONAL COMMUNICATION DEVICES LLC, PERSONAL COMMUNICATIONS DEVICES HOLDINGS LLC, SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., UTSTARCOM INC. et MINDSPEED TECHNOLOGIES INC.

Madame, Monsieur,

Le Tribunal de première instance a été saisi par le Tribunal de district des Etats-Unis pour le District Est de Virginie (Division Richmond) d'une requête d'entraide internationale en matière civile ou commerciale dans le cadre d'un litige opposant WIAV SOLUTIONS LLC à MOTOROLA INC., NOKIA CORPORATION, NOKIA INC., PALM INC, PERSONAL COMMUNICATION DEVICES LLC, PERSONAL COMMUNICATIONS DEVICES HOLDINGS LLC, SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., UTSTARCOM INC et MINDSPEED TECHNOLOGIES INC.

Par cette requête, l'autorité américaine demande aux autorités judiciaires suisses d'interpeller votre établissement afin que vous nous produisiez les documents et objets suivants :

- Tous les documents et le code source qui décrivent la mesure de la qualité de canal et la génération de la demande Codec Mode dans le cadre de la fonctionnalité Adaptation Taux Multi-Liens adaptatifs ("AMR LA") dans les appareils Sony Ericsson basés sur une plate-forme ST Ericsson qui soutient Débit de Données Renforcées pour le Système GSM Evolution ("EDGE"). Cette fonctionnalité est décrite dans les spécifications techniques 3GPP 45.009 et 05.009 dans le détail.

**République et canton de Genève**
**POUVOIR JUDICIAIRE**
**Tribunal de première instance**

- Tous les documents et le code source qui décrivent la mesure de la qualité de canal et la production de l'indicateur de qualité de canal dans le cadre de la modulation adaptative et l'adaptation de liaison de codage ("AMC LA") dans les appareils Sony-Ericsson basés sur une plate-forme ST-Ericsson supportant Module Accès Haute Vitesse en Liaison Descendante ("HSDPA"). Cette fonctionnalité est décrite dans la section 6A du 3GPP TS 25.214 et la section 5 du 3GPP TS 25.211.

Afin de respecter l'ordonnance rendue par le Tribunal de district des Etats-Unis pour le District Est de Virginie (Division Richmond) pour assurer la haute confidentialité des données, je vous remercie de bien vouloir me communiquer une copie de la documentation susmentionnée par porteur, au nom du juge soussigné, avec mention "hautement confidentiel".

Dans l'attente de votre réponse, je vous prie d'agréer, Madame, Monsieur, l'assurance de ma considération distinguée.

Miranda LINIGER GROS
Juge