IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WIAV SOLUTIONS, LLC,

    Plaintiff,

v.                              Civil No. 3:09CV447

MOTOROLA, INC., et al.,

    Defendants.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Defendants' MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT AND NO PRE-SUIT DAMAGES (Docket No. 314) is granted to the extent it seeks to limit pre-suit damages for failure to mark under 35 U.S.C. § 287(a). The Defendants' MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT AND NO PRE-SUIT DAMAGES (Docket No. 314) is denied as moot to the extent it seeks judgment of no willful infringement.

It is so ORDERED.

                                         /s/       REV
                          Senior United States District Judge

Richmond, Virginia
Date: August 10, 2010