IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WIAV SOLUTIONS, LLC,

    Plaintiff,

v.                                       Civil No. 3:09CV447

MOTOROLA, INC., et al.,

    Defendants.

### ORDER

It is hereby ORDERED that the Court's August 10, 2010 ORDER (Docket No. 463) is vacated because the issues therein resolved will be covered by a Memorandum Opinion and Order hereafter to be entered.

It is so ORDERED.

                                        /s/      REP
                            Senior United States District Judge

Richmond, Virginia
Date: August 11, 2010