RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

2010 SEP 22  P 3: 58

SEP 24 2010

| | |
|---|---|
| WIAV SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., *et al.*,<br><br>Defendants. | Civil Action No.: 3:09cv447-REP |

## STIPULATION OF DISMISSAL WITH RESPECT TO DEFENDANT MOTOROLA, INC.

On this day, Plaintiff WiAV Solutions LLC and Defendant Motorola, Inc. announced to the Court that they have settled their respective claims for relief against each other involving United States Patent No. 6,539,205 and United States Patent No. 6,680,920. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED, that all claims for relief asserted by these parties against each other involving United States Patent No. 6,539,205 and United States Patent No. 6,680,920 are dismissed with prejudice.

It is SO ORDERED this 24th day of September 2010.
Richmond, Virginia

/s/ REP
Robert E. Payne, United States District Judge

WE ASK FOR THIS:

K. Kevin Mun (VSB 73247)
John E. Dubiansky, *pro hac vice*
ECHELON LAW GROUP, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
Tel: (703) 496-5000
Fax: (703) 579-0105
Email: kevin.mun@echelaw.com
Email: john.dubiansky@echelaw.com


Tae H. Kim, *pro hac vice*
Andrew Choung, *pro hac vice*
ECHELON LAW GROUP, PC
150 Spear Street, Ste 825
San Francisco, CA 94105
Tel: (415) 830-9462
Fax: (415) 762-4191
Email: tae.kim@echelaw.com
Email: andrew.choung@echelaw.com

Lily Lim, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Tel: (650) 849-6600
Fax: (650) 849-6666
Email: lily.lim@finnegan.com

Daniel S. Carlineo, *pro hac vice*
CARLINEO, SPICER & KEE, LLC
2003 S. Easton Rd, Suite 208
Doylestown, PA 18901
Tel: (267) 880-1720
Fax: (267) 880-1721
Email: dcarlineo@techpats.com

/s/ signature

Henry I. Willett, III (VSB 44655)
hwillett@cblaw.com
Nichole Buck Vanderslice (VSB 42637)
nvanderslice@cblaw.com
R. Braxton Hill, IV (VSB 41539)
bhill@cblaw.com
David B. Lacy (VSB 71177)
dlacy@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel: (804) 697-4100
Fax: (804) 697-4112


Christopher Schultz, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
55 Cambridge Parkway
Cambridge, MA 02142-1215
Tel: (617) 452-1600
Fax: (617) 452-1666
Email: christopher.schultz@finnegan.com

Vincent Peter Kovalick
E. Robert Yoches, *pro hac vice*
Kenie Ho, *pro hac vice*
David Mroz, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400
Email: vince.kovalick@finnegan.com
Email: bob.yoches@finnegan.com
Email: kenie.ho@finnegan.com
Email: david.mroz@finnegan.com

*Attorneys for Plaintiff WiAV Solutions LLC*

- 3 -

WE ASK FOR THIS:

/s/ *[signature]*

Dana Duane McDaniel (VSB 25419)
Edward Everett Bagnell, Jr.(VSB 74647)
Spotts Fain PC
411 East Franklin St, Suite 600
Richmond, VA 23218-1555
Tel: (804) 697-2065
Fax: (804) 697-2165
Email: dmcdaniel@spottsfain.com
Email: ebagnell@spottsfain.com

Andrew R. Sommer
Gregory J. Commins, Jr., *pro hac vice*
Howrey LLP
1299 Pennsylvania Ave NW
Washington, DC 20002
Tel: (202) 783-0800
Fax: (202) 383-6610
Email: sommera@howrey.com
Email: comminsg@howrey.com

Christopher L. Kelley, *pro hac vice*
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Tel: (650) 798-3500
Fax: (650) 798-3600
Email: kelleyc@howrey.com

Jonathan E. Retsky, *pro hac vice*
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60654
Tel: (312) 595-1239
Fax: (312) 264-0380
Email: RetskyJ@howrey.com

*Attorneys for Defendant Motorola, Inc.*