IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WIAV SOLUTIONS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:09cv447-LO-JFA |
| v. ) | |
| ) | |
| MOTOROLA MOBILITY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH RESPECT TO DEFENDANTS SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC. AND SONY ERICSSON MOBILE COMMUNICATIONS AB

Plaintiff WiAV Solutions LLC ("WiAV"), by and through counsel, and Defendants Sony Ericsson Mobile Communications (USA) Inc. and Sony Ericsson Mobile Communications AB ("Sony Ericsson Defendants"), by and through counsel, having settled all of their respective claims for relief against each other in this action, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a) to:

(1) Dismissal with prejudice of all of WiAV's claims against Sony Ericsson Defendants in this action; and

(2) Dismissal with prejudice of all of Sony Ericsson Defendants' counterclaims against WiAV in this action.

Each party will bear its own costs, fees, and expenses.

It is SO ORDERED this 14 day of November, 2011.

Alexandria, Virginia

_____
Liam O'Grady
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 10th day of November, 2011

/s/ Troy E. Grabow
Vincent P. Kovalick
vince.kovalick@finnegan.com
Troy E. Grabow (VSB 46264)
troy.grabow@finnegan.com
Kenie Ho, *pro hac vice*
kenie.ho@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

Lily Lim, *pro hac vice*
lily.lim@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Tel: (650) 849-6600
Fax: (650) 849-6666

Christopher S. Schultz, *pro hac vice*
christopher.schultz@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER, LLP
55 Cambridge Parkway
Cambridge, MA 02142-1215
Tel: (617) 452-1600
Fax: (617) 452-1666

Daniel S. Carlineo, *pro hac vice*
dcarlineo@techpats.com
CARLINEO, SPICER & KEE, LLC
2003 S. Easton Rd, Suite 208
Doylestown, PA 18901
Tel: (267) 880-1720
Fax: (267) 880-1721

*Counsel for Plaintiff WiAV Solutions, LLC*

/s/ David E. Finkelson
David E. Finkelson
Brian C. Riopelle
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219-4030
Tel: (804) 775-1000
Fax: (804) 775-1061
dfinkelson@mcguirewoods.com
briopelle@mcguirewoods.com

Sean F. Murphy
Jodie N. Herrmann
MCGUIREWOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
smurphy@mcguirewoods.com
jherrman@mcguirewoods.com

Frederick S. Frei (pro hac vice)
Aldo Noto
ANDREWS KURTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Tel: (202) 662-2700
Fax: (202) 662-2739
aldonoto@andrewskurth.com
frederickfrei@andrewskurth.com

James V. Mahon (pro hac vice)
L. Scott Bloebaum (pro hac vice)
ANDREWS KURTH LLP
4819 Emperor Blvd.
Suite 400
Durham, NC 27703
Tel: (919) 313-4831
Fax: (202) 974-9551
jamesmahon@andrewskurth.com
scottbloebaum@andrewskurth.com

*Counsel for Sony Ericsson Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/ Troy Grabow
Troy E. Grabow (VSB 46264)
*troy.grabow@finnegan.com*
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400